IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:23CR87-1 |
| | : | |
| MARIO ALBERTO SALINAS, JR. | : | |

## FACTUAL BASIS

NOW COMES the United States of America, by Sandra J. Hairston, United States Attorney for the Middle District of North Carolina, through the undersigned Assistant United States Attorney, and as a factual basis under Rule 11, Fed. R. Crim. P., states as follows:

In April of 2022, Durham Police Department in cooperation with the Drug Enforcement Administration utilized a confidential informant (CI) to arrange the purchase of eight ounces of methamphetamine and a 9mm handgun from the defendant, MARIO ALBERTO SALINAS, JR. Law enforcement had previously utilized a CI to make smaller purchases of methamphetamine from Salinas. On this occasion, the defendant agreed to sell the eight ounces of methamphetamine for $2,000 and the handgun for $800. The CI and Salinas agreed to meet in the parking lot of the AutoZone located at 4416 Fayetteville Road, in Durham, North Carolina, on April 12, 2022.

On that date, law enforcement set up surveillance at the meet location. Salinas arrived driving a car with a man named Guan Alberto Gonzalez-Villalobos in the front passenger seat. Officers approached the car to arrest them. However, Salinas attempted to flee. During this attempt, Salinas rammed a police car that was blocking his car and then attempted to escape by backing over the curb. While backing up, Salinas struck an officer who was detaining Gonzalez-Villalobos. Another officer was able to reach into the driver's side and force Salinas to stop the car.

After Salinas was detained, officers searched the car and recovered methamphetamine (approximately 192 grams), marihuana, and a Glock 9mm handgun loaded with an extended magazine from the front passenger floorboard. Officers also found a spent shell casing, a hole in the floorboard, and bullet fragments.

Salinas was taken to the hospital for treatment of injuries sustained in the collision. While there he was *Mirandized* and agreed to speak with investigators. Salinas said that he received a call from someone who wanted to purchase eight ounces of methamphetamine. Salinas claimed that he called Gonzalez-Villalobos to get it. Salinas also claimed that he picked up Gonzalez-Villalobos, who had the gun and drugs.

Gonzalez-Villalobos was arrested and *Mirandized*. He agreed to speak with investigators. He claimed that Salinas picked him up that day and gave him the gun and drugs. He said that Salinas was going to have him do the delivery. He admitted that he had the gun when police approached but said that he dropped it, and it went off.

Subsequent testing at the North Carolina State Crime Lab determined that the recovered substance was 192.2 grams of a mixture and substance containing methamphetamine.

This, the 7th day of March, 2023.

Respectfully submitted,

SANDRA J. HAIRSTON
United States Attorney


/S/ KYLE D. POUSSON
Assistant United States Attorney
NCSB # 38437
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth Street, 4th Floor
Greensboro, North Carolina 27401
Phone: (336) 333-5351
E-mail: kyle.pousson@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2023, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mireille P. Clough, Esq.

/S/ KYLE D. POUSSON
Assistant United States Attorney
NCSB # 38437
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth Street, 4th Floor
Greensboro, North Carolina 27401
Phone: (336) 333-5351
E-mail: kyle.pousson@usdoj.gov

4